# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

CHRISTIAN BOWLES,

    *Plaintiff(s)*

v.                                                                 Civil Action No. 5:23-CV-200

WARDEN BROWN,

    *Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:  The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED. The Clerk enters judgment in favor of the respondent and STRIKES this case from the active docket of this Court.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  John Preston Bailey

Date: May 31, 2023

*CLERK OF COURT*
Cheryl Dean Riley
/s/ A. Greenidge

*Signature of Clerk or Deputy Clerk*